**Order entered September 20, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00537-CV

**JOHN K. COIL, AVE, INC. AND EAST BAY, INC., Appellants**

**V.**

**JOHN A. COIL, INDIVIDUALLY AND AS REPRESENTATIVE OF EAST BAY, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01235**

## ORDER

Before the Court is court reporter Antionette Reagor's September 17, 2021 request for an extension of time to file the reporter's record. We **GRANT** the extension and **ORDER** Ms. Reagor to file the record **no later than October 1, 2021.**

/s/    CRAIG SMITH
       JUSTICE